NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN HOLLER,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-544
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Kevin Holler, pro se.


PER CURIAM.


            Affirmed.  See Reeves v. State, 957 So. 2d 625 (Fla. 2007); Chapman v.

State, 968 So. 2d 583 (Fla. 2d DCA 2007).



CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.